IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DEUSMARIE VELEZ** | CIVIL ACTION NO: |
| Plaintiff, | |
| vs. | |
| **MIDLAND CREDIT MANAGEMENT, INC.** | Notice of Removal |
| Defendant. | |

To: Clerk - United States District Court for the District of New Jersey

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1331, Defendant, Midland Credit Management, Inc. (hereinafter "MCM"), by and through its counsel, Marshall Dennehey Warner Coleman & Goggin, P.C., hereby removes the action captioned as <u>Deusmarie Velez v. Midland Credit Management, Inc.</u>, docket no. DC-000305-15, as filed in the Superior Court of New Jersey, Law Division-Special Civil Part, Passaic County, New Jersey ("the Action"), to the United States District Court for the District of New Jersey, based upon the following:

1. On or about January 13, 2015 Plaintiff filed the Action in the Superior Court of New Jersey, Law Division-Special Civil Part, Passaic County, New Jersey. A true and correct copy of Plaintiff's Complaint in the Action is attached hereto as Exhibit "A."

2. MCM first received notice of the Action on or about February 4, 2015, when it was served with Plaintiff's Complaint.

3. Based on the foregoing, MCM has timely filed this Notice of Removal within thirty days of being served with the Complaint and within thirty days of the date that the Action was first removable. See 28 U.S.C. § 1446(b).

4. The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by Asset pursuant to the provisions of 28 U.S.C. § 1441(b), in that Plaintiff has alleged that MCM violated the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, et seq. and the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. thereby asserting claims that arise under federal law.

5. In that the causes of action alleged by the Plaintiff arise from the performance of obligations of the parties within Passaic County, New Jersey, the United States District Court for the District of New Jersey should be assigned the Action.

6. Pursuant to 28 U.S.C. § 1446(d), CCS will file a copy of this Notice of Removal with the Clerk of the United States District Court for the District of New Jersey, will serve Plaintiff with copies of this Notice of Removal and will file the Notice of Removal in the Superior Court of New Jersey, Law Division-Special Civil Part, Passaic County, New Jersey.

**WHEREFORE**, Defendant, Midland Credit Management, Inc. notifies this Court that this Action is removed from the Superior Court of New Jersey, Law Division-Special Civil Part, PassaicCounty, New Jersey to the United States District Court for the District of New Jersey pursuant to the provisions of 28 U.S.C. §§1331, and 1446.

Respectfully submitted,

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

By: *Lawrence J. Bartel*

LAWRENCE J. BARTEL, ESQUIRE
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2780 / (215) 575-0856 (f)
LJBartel@mdwcg.com
Attorney for Defendant
Midland Credit Management, Inc.

Dated: February 20, 2015

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DEUSMARIE VELEZ** | **CIVIL ACTION NO:** |
| Plaintiff, | |
| vs. | |
| **MIDLAND CREDIT MANAGEMENT, INC.** | Notice of Removal |
| Defendant. | |

## PROOF OF MAILING

I hereby certify that on February 20, 2015 a copy of the foregoing Notice of Removal was sent via US Mail, to the following::

Yaakov Saks, Esquire
RC Law Group, PLLC
285 Passaic Street
Hackensack, NJ 07601
Attorneys for Plaintiff
Deusmarie Velez

I certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                              **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN, P.C.**

By: _/s/ Lawrence J. Bartel_____
      LAWRENCE J. BARTEL, ESQUIRE
      Attorneys for Defendant
      Midland Credit Management, Inc.

Dated: February 20, 2015